**Exhibit 2** —Stewart Connect Approval Email

Apr 01, 2024
Kristy Altamira
The Gurvey Law Group
1934 N Druid Hills, Ste B, Brookhaven , GA 30319

Re: Approval to Issue Policy; File #: 2024-03-038x; Project Ref or Address: 305 Eagles Pass, Alpharetta, GA 30004

This email constitutes the approval of Stewart to your issuance of the policy(ies) referenced below in accordance with and subject to the terms that you have submitted to us and which is incorporated herein by reference. This email should be kept in the file as proof of Stewart's approval. Please note that the approval is contingent upon any conditions and/or requirements provided in your Commitment, Binder, or Preliminary Report, this email, prior written correspondence and/or inserted into the Overlimits form itself, as well as your compliance with the Stewart's Underwriting Guidelines for issuance of a title insurance policy, deletion of any exceptions, affirmative insurance, and endorsements.

This approval is based on information provided by you including your examination of title and your representation to Stewart that the requested policy complies with Stewart's Underwriting Guidelines, including but not limited to those on Virtual Underwriter and can be safely issued. If there are additional material facts or substantive changes of circumstances, or if additional endorsements or other coverages are requested, you must obtain additional written approval.

Further, this approval is based upon your representation that the requested coverage and endorsements are allowed to be issued in the state(s) in which the property is located, that the rates to be charged will comply with state requirements and the amount remitted to Stewart complies with your underwriting agreement.
This approval is NOT an approval for Reinsurance. If the Policy amount is $100,000,000.00 or larger, or if reinsurance is otherwise required, please contact your underwriter or Stewart's Reinsurance Department at reinsure@stewart.com.

*******************************************************

Issuing Office File Number: 2024-03-038x
Stewart Connect Number: UW-000000134274
Project Name/Reference, if any:
Property Address: 305 Eagles Pass, Alpharetta, GA 30004
Approval Date: 04/01/2024

Policy Type: OWNERS
Proposed Insured: Catalyst REI, LLC
Requested Amount: $1,100,000.00
Approved Amount: $1,100,000.00

CONDITIONS TO APPROVAL, if any:

1. Confirm the LLC buyer is in good standing in its state of incorporation.
2. Add a note in the legal description that the parcel ID no. contained therein is for informational purposes only.
3. Follow Company guidelines in removing standard exceptions and in issuance of requested endorsement(s).
4. Add a RQ to confirm HOA dues are paid current, if applicable.

ENDORSEMENTS, if any:
Alta 5

NOTES, if any:

NONE

APPROVED BY:

Bruce Ferguson
Bruce Ferguson

This is an information email only. Please do not reply to this message.