**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PAULA FISHER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 26-cv-3267** |
| | § | |
| **STEWART INFORMATION SERVICES CORPORATION,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING MOTION TO DISMISS**

Now before the Court is Defendant Stewart Information Services Corporation's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, the response, and the applicable law, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that Defendant Stewart Information Services Corporation's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED, and that Plaintiff's First Amended Complaint (ECF No. 19) is DISMISSED in its entirety WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6).

It is so ordered on ______________________, 2026

______________________________
United States Magistrate Judge